David E. Newhouse, Esq. SBN 54,217
Newhouse and Associates
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Defendant
ARTHUR D. SULIT, an individual

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE MULTIMEDIA SOLUTIONS<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR D. SULIT, an individual<br><br>Defendant. | No. C 06-03793-CRB<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Honorable Judge Charles R. Breyer<br>United States District Judge |

SUBSTITUTION OF ATTORNEY

NOTICE IS HEREBY GIVEN to all parties that I, Arthur D. Sulit, hereby substitute David E. Newhouse, California State Bar No.54,217, whose name and address appear below, as my Attorney of Record in place of Ray K. Shahani.

Date: 8/10/06                                    Defendant  _____
                                                                        Signature

                                                                        Arthur D. Sulit
                                                                        Printed Name

David E. Newhouse, Esq.
Newhouse & Associates
477 Ninth Avenue, Suite 112
San Mateo, California 94402
Tel: 650-348-8652, Fax: 650-348-8655, E-mail: den@attycubed.com

CONSENT

I, David E. Newhouse, hereby consent to substitute in as Attorney of Record for Arthur D. Sulit in place of Ray K. Shahani.

Date: Aug 10, 2006

Signature

David E. Newhouse, Esq.
Printed Name

CONSENT

I, Ray K. Shahani, consent to the substitute of Attorney of Record for Arhtur D. Sulit in the herein case.

Date: 8-10-2006

Signature

Ray K. Shahani, Esq.
Printed Name

///

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 14, 2006