| David E. Newhouse, Esq.<br>NEWHOUSE & ASSOCIATES<br>Twin Oaks Office Plaza Ste 112<br>477 Ninth Avenue<br>San Mateo, Ca. 94402-1858<br>Attorney for Plaintiff Arthur D. Sulit | State Bar No. 54217<br>Tel. No. (650) 348-8652<br>Fax. No. (650) 348-8655<br>Email: den@attycubed.com | For Court Use Only |
|---|---|---|

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR D. SULIT, an individual<br>Plaintiff<br>v.<br>SLEP-TONE ENTERTAINMENT CORPORATION, a North Carolina Corporation dba as SOUND CHOICE®,<br>DEREK SLEP, an individual, KURT SLEP, an individual<br>JONATHAN BANKS, an individual, and INNOVATIVE MULTIMEDIA SOLUTIONS, LLC<br>Defendants | **Case No. C06-00045 MJJ** |
|---|---|
| **AND** ||
| INNOVATIVE MULTIMEDIA SOLUTIONS, LLC<br>Plaintiff<br>v.<br>ARTHUR D. SULIT, an individual<br>Defendant | **Case No. C06-03793 MJJ** |

### [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
### AND
### RE-SCHEDULING MEDIATION SESSION

1  UPON THE STIPULATION AND AGREEMENT OF THE PARTIES AND FINDING GOOD
2  AND SUFFICIENT CAUSE, THE MEDIATION DEADLINE FOR THE ABOVE ACTIONS SHALL
3  BE EXTENDED TO JANUARY, 25, 2007 AND THE INITIAL MEDIATION SESSION IS
4  RESCHEDULED FOR NOVEMBER 28, 2007, AT 9:00 AM AT THE MEDIATOR'S SAUSALITO, CA
5  OFFICES.                           **IT IS SO ORDERED**
6  Dated   10/10/07                   _____
7                                     Honorable District C... nkins

*[Signed: Judge Martin J. Jenkins]*

NEWHOUSE & ASSOCIATES    Order Extending Mediation Deadline and Re-sched... Session    Page 1
477 Ninth Ave. 112 San Mateo, CA 94402-1858 Tel: 650-348-8652 Fax: 650-348-8655 email: den@attycubed.com