CLEMENTS WALKER
RUSSELL M. RACINE (appearance *pro hac vice*)
1901 Roxborough Rd., Ste. 300
Charlotte, NC  28211
Telephone:     704-790-3600
Facsimile:      704-366-9744
Electronic mail:          rracine@worldpatents.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:      415-434-3947
Electronic mail:          nsmith@sheppardmullin.com
                          nbruno@sheppardmullin.com

Attorneys for
INNOVATIVE MULTIMEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE MULTIMEDIA SOLUTIONS, LLC, registered and existing under the laws of Delaware,<br><br>                    Plaintiff,<br>     v.<br><br>ARTHUR D. SULIT, an individual<br><br>                    Defendant. | Case No. 3:06-cv-03793-MMC<br><br>NOTICE OF DISMISSAL OF ACTION ; ORDER<br>[Fed. R. Civ. P. 41(a)]<br><br>Honorable Maxine M. Chesney |

# NOTICE OF DISMISSAL OF ACTION

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Innovative Multimedia Solutions, LLC hereby dismisses its complaint against Defendant Arthur D. Sulit in this action with prejudice, and that this dismissal shall operate as *res judicata* and as a collateral estoppel with regard to claims that have been (or could have been) asserted by Plaintiff Innovative Multimedia Solutions, LLC in this action and in related Northern District of California Civil Case No. 3:06-cv-00045-MMC entitled, "*Arthur D. Sulit v. Slep-Tone Entertainment Corporation et al.*"

DATED: March 27, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By      /s/ Nathaniel Bruno
NEIL A. SMITH
NATHANIEL BRUNO

Attorneys for
INNOVATIVE MULTIMEDIA SOLUTIONS, LLC

*IT IS SO ORDERED*
/s/ Maxine M. Chesney
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: March 28, 2008